# Notice of Payment of Final Mortgage Cure Amount

03/03/2011

CARRINGTON MORTGAGE
1610 E SAINT ANDREWS PL #B150
SANTA ANA CA
                              92705


  Re:    MOLLY CLARNEICE AL GHANI
         Case #   08 B 30442
         Account # 5936 ARRS
         Arrears Amount   3,890.63

According to our records the above debtor has paid the listed arrearage
in full, satisfying all prepetition mortgage obligations. You are now
required to treat the mortgage as reinstated and fully current unless
the debtor has failed to make timely payments of postpetition obligations
to you. If the debtor has failed to make timely payments of any post-
petition obligations, you are required to itemize all outstanding payment
obligations as of the date of this notice and file a statement of those
obligations with the United States Bankruptcy Court for the Northern
District of Illinois, giving notice of the same to our office, the debtor,
and the attorney for the debtor within sixty (60) days of service of this
notice.

**If you fail to file and serve a statement of outstanding obligations
within the required time, you are required to treat the mortgage as
reinstated according to its original terms, fully current as of the date
of this notice.**

If you serve a statement of outstanding obligations within the required
time, the debtor may (i) within 30 days of service of the statement,
challenge the accuracy of the statement by motion filed with the court
on notice to the holder and the standing trustee, with the court
resolving the challenge as a contested matter, or (ii) propose a modified
plan to provide for payment of additional amounts that the debtor
acknowledges or the court determines to be due. To the extent that amounts
set forth on a timely filed statement of outstanding obligations are not
determined by the court to be invalid or are not paid by the debtor through
a modified plan, your right to collect these amounts will be unaffected.



Tom Vaughn
Chapter 13 Trustee
200 S. Michigan Ave, Suite 1300
Chicago, Illinois 60604
(312) 294-5900
(312) 341-7168 (FAX)

SERVICE LIST

MOLLY CLARNEICE AL GHANI
2625 E 74TH PL
CHICAGO IL
60649

CARRINGTON MORTGAGE
1610 E SAINT ANDREWS PL #B150
SANTA ANA CA

92705

ERNESTO D BORGES JR
105 W MADISON 23RD FLR
CHICAGO IL

60602

CARRINGTON MORTGAGE SERVICES
1610 E SAINT ANDREWS PL #B150
SANTA ANA CA

927050000